<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

_____

**No. 15-6289**

_____

MUHAMMAD AL-MUJAHIDIN,

                    Plaintiff – Appellant,

      v.

JEANETTE MCBRIDE, Indiv Cap; RICH CO CLERK OF COURT OFF, In
its Official Capacity,

                  Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Beaufort.    Bruce  H.  Hendricks,  District
Judge.  (9:13-cv-02671-BHH)

_____

Submitted:  May 19, 2015           Decided:  May 22, 2015

_____

Before NIEMEYER and HARRIS, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Muhammad Al-Mujahidin, Appellant Pro Se. David Allan DeMasters,
DAVIDSON  &  LINDEMANN,  PA,  Columbia,  South  Carolina,  for
Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Muhammad Al-Mujahidin appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Al-Mujahidin v. McBride, No. 9:13-cv-02671-BHH (D.S.C. Jan. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED